UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CONRAD SEGAL and MADELINE VANDERHEYDEN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF MINNESOTA,<br><br>Defendant. | Civil Case No. 0:23-cv-03114 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Conrad Segal and Madeline VanDerHeyden, hereby give notice that their claims in this action against Defendant University of Minnesota are voluntarily dismissed without prejudice.

Dated: October 30, 2023

Respectfully submitted,

By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN #0158719)
Noah C. Lauricella (MN #397896)
Ethan Adams (MN #0401141)
GoldenbergLaw, PLLC
800 LaSalle Ave, Suite 2150
Minneapolis, MN 55402
slgoldenberg@goldenberglaw.com
nlauricella@goldenberglaw.com
eadams@goldenberglaw.com

By: */s/ David S. Almeida*
David S. Almeida (*pro hac vice*)
Matthew J. Langley (*pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
(312) 576-3024

david@almeidalawgroup.com
matt@almeidalawgroup.com

*COUNSEL FOR PLAINTIFFS
& THE CLASS*